FILED

2019 OCT -9 P 2: 35

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2019 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>MIGUEL ABASOLO-GARCIA,<br><br>      Defendant. | Case No. **19CR4082H**<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C., Sec. 1325(a)(1) – Attempted Unlawful Entry by an Alien (Felony); Title 8, U.S.C., Sec. 1326(a) and (b) – Attempted Reentry of Removed Alien |

The grand jury charges:

Count 1

On or about August 18, 2019, within the Southern District of California, defendant MIGUEL ABASOLO-GARCIA, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States at a time and place other than as designated by immigration officers, and committed an overt act, to wit, crossing the border from Mexico into the United States, that was a substantial step towards committing the offense, having previously committed the offense of illegal entry, as evidenced by his conviction for violation of Title 8, United States Code, Section 1325; all in violation of Title 8, United States Code, Section 1325(a)(1), a felony.

KLSP:cms:Imperial:10/8/19

1                                    Count 2

2        On  or  about  August  18,  2019,  within  the  Southern  District  of
3   California,  defendant  MIGUEL  ABASOLO-GARCIA,  an  alien,  knowingly  and
4   intentionally  attempted  to  enter  the  United  States  of  America  with  the
5   purpose,  i.e.,  conscious  desire,  to  enter  the  United  States  without  the
6   express  consent  of  the  Attorney  General  of  the  United  States  and  his/her
7   designated  successor,  the  Secretary  of  the  Department  of  Homeland
8   Security,  after  having  been  previously  excluded,  deported  and  removed
9   from  the  United  States,  and  not  having  obtained  said  express  consent  to
10  reapply  for  admission  thereto;  and  committed  an  overt  act  to  wit,
11  crossing  the  border  into  the  United  States,  that  was  a  substantial  step
12  toward  committing  the  offense,  all  in  violation  of  Title  8,  United  States
13  Code,  Section  1326(a)  and  (b).

14       It  is  further  alleged  that  defendant  MIGUEL  ABASOLO-GARCIA  was
15  removed  from  the  United  States  subsequent  to  May  9,  2012.

16       DATED:  October  9,  2019.

17                                                              A  TRUE  BILL:

18

19                                                              Foreperson

20  ROBERT  S.  BREWER,  JR.
    United  States  Attorney
21

22  By:
23       KEVIN  L.  SPENCER
         Special  Asst.  U.S.  Attorney
24

25

26

27

28

                                        2