# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> MIGUEL ABASOLO-GARCIA (1), <br> Defendant. | Case No. 19CR4082-H <br><br> Booking No. 24494-298 <br><br> JUDGMENT AND ORDER OF DISMISSAL |

Based upon the motion of the United States, the Court grants the government's motion to dismiss without prejudice the Indictment in the above entitled case against defendant Miguel Abasolo-Garcia. (Doc. No. 13.) The defendant is hereby discharged as to this case only.

IT IS SO ORDERED AND ADJUDGED.

DATED: December 23, 2019

HONORABLE MARILYN L. HUFF
UNITED STATES DISTRICT JUDGE